JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEROY SIMON,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. CV 15-8867 PJW<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Patrick J. Walsh |

1

The parties having filed a Stipulation of Dismissal with Prejudice,

IT IS HEREBY ORDERED:

1. Plaintiff Leroy Simon's action is dismissed with prejudice in its entirety; and

2. Each party shall bear their own costs, fees and expenses.

Dated: August 15, 2018

*Patrick J. Walsh*

_____
HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

Submitted by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

　　*/s/ Tim Laske*
TIM L. LASKE
Assistant United States Attorney

Attorneys for Defendant